McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY A MUTUAL INSURANCE COMPANY and ROYAL REFRIGERATION, INC.,<br><br>Defendants. | Case No. 2:24-cv-00684-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [DOC. 20] AND DEFENDANT ACUITY INSURANCE'S MOTION FOR SUMMARY JUDGMENT [DOC. 24]**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, Plaintiff Liberty Mutual Fire Insurance Company ("LIBERTY MUTUAL") and Defendant Acuity A Mutual Insurance Company ("ACUITY"), by and through their counsel of record, hereby submit to this Honorable Court this stipulation and request to extend the time for both parties to file responses to Plaintiff Liberty Mutual Fire Insurance Company's Motion for Summary Judgment [Doc. 20] (filed on February 13, 2025) and Defendant Acuity Insurance's Motion for Summary Judgment [Doc. 24] (filed on February 14, 2025). The current due date for the responses are March 6, 2025 and March 7, 2025. The proposed new due date would be March 12, 2025 for both responses.

The parties respectfully submit that good cause exists for this stipulation based on the following:

1. This is the parties' first request for an extension. Given the complexity of the legal issues the parties mutually wish to fully and comprehensively brief the issues at hand for the Court and submit that an extension of three/four business days will help accomplish that aim.

2. The Parties have agreed to stipulate to this extension.

3. This request is made in good faith and without intent to cause undue delay.

4. In accordance with LR IA 6-1, this is the first request for an extension of time to file oppositions to Plaintiff Liberty Mutual Fire Insurance Company's Motion for Summary Judgment [Doc. 20] and Defendant Acuity Insurance's Motion for Summary Judgment [Doc. 24].

DATED this 5th day of March, 2025

    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

    By    */s/Jonathan W. Carlson*
    JONATHAN W. CARLSON, ESQ.
    Nevada Bar No. 10536
    Attorneys for Plaintiff

DATED this 5th day of March, 2025

    RESNICK & LOUIS, PC

    By    */s/Gary R. Guelker*
    GARY R. GUELKER, ESQ.
    Nevada Bar No. 10603
    Attorneys for Defendant ACUITY A MUTUAL INSURANCE

Based on the parties' stipulation [ECF No. 25] and with good cause appearing, IT IS ORDERED that the deadlines to file responses to Plaintiff Liberty Mutual Fire Insurance Company's Motion for Summary Judgment [Doc. 20] and Defendant Acuity Insurance's Motion for Summary Judgment [Doc. 24] are extended up to and including March 12, 2025.

    UNITED STATES DISTRICT COURT JUDGE

11315905.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2 Case No. 2:24-cv-00684-JAD-DJA
STIPULATION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [DOC. 20] AND DEFENDANT ACUITY INSURANCE'S MOTION FOR SUMMARY JUDGMENT [DOC. 24]