McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Case No. 2:24-cv-00684-JAD-DJA |
| Plaintiff, | **MOTION TO SUBSTITUTE ATTORNEY** |
| v. | |
| ACUITY A MUTUAL INSURANCE COMPANY and ROYAL REFRIGERATION, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that **effective immediately**, the responsible attorneys on this file for Plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY are **Jonathan W. Carlson, Pamela L. McGaha and Chelsea M. Bravin**.  Please address all correspondence, pleadings, and discovery to the attention of **Jonathan W. Carlson, Pamela L. McGaha and Chelsea M. Bravin**, at McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, 8337 West Sunset Road, Suite 350, Las Vegas, Nevada 89113.

PLEASE TAKE FURTHER NOTICE that effective immediately Sean Cortney representing Plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY, is no longer counsel of record for

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:24-cv-00684-JAD-DJA

any party in this litigation. As such, Sean Cortney should be removed from the service list for this case.

July 9th, 2025

                              McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP

By       /s/ Jonathan W. Carlson
         Jonathan W. Carlson
         Nevada Bar No. 10536
         Pamela L. McGaha
         Nevada Bar No. 8181
         Chelsea M. Bravin
         Nevada Bar No. 16503
         7160 Rafael Rivera Way, Suite 320
         Las Vegas, Nevada 89113
         Tel. (702) 949-1100

         Attorneys for LIBERTY MUTUAL FIRE
         INSURANCE COMPANY

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/11/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2025, a true and correct copy of **MOTION TO SUBSTITUTE ATTORNEY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Susan Kingsbury
Susan Kingsbury, an Employee of McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

11827327.1