**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
2370 Corporate Circle, Suite 160
Henderson, NV  89074
Telephone:  (702) 751-3003
Facsimile:  (702) 751-3004
jeffrey.ballin@qpwblaw.com

*Attorneys for Defendant
    Royal Refrigeration, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACUITY INSURANCE and ROYAL REFRIGERATION, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-00684<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ROYAL REFRIGERATION, INC. WITHOUT PREJUDICE** |

COMES NOW, Plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through its counsel, JONATHAN W. CARLSON, ESQ. of MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP; Defendant ROYAL REFRIGERATION, INC., by and through its counsel, JEFFREY H. BALLIN, ESQ. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A.; and Defendant ACUITY INSURANCE, by and through its counsel, GARY R. GUELKER, ESQ. of RESNICK & LOUIS, P.C. and hereby stipulate and agree to dismiss the above-captioned action against Defendant ROYAL REFRIGERATION, INC. without prejudice with each party to bear its own attorneys' fees and costs.

. . .

. . .

. . .

1

DATED this 1st day of October 2025.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ *Jonathan W. Carlson*

_____
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
(702) 949-1100
jonathan.carlson@mccormickbarstow.com

*Attorneys for Plaintiff*
    *Liberty Mutual Fire Insurance*
    *Company*

DATED this 6th day of October 2025. RESNICK & LOUIS, P.C.

/s/ *Gary R. Guelker*

_____
GARY R. GUELKER, ESQ.
Nevada Bar No. 10603
8945 W. Russell Road, Suite 350
Las Vegas, NV 89148
(702) 997-3800
gguelker@rlattorneys.com

*Attorneys for Defendant*
    *Acuity Insurance*

DATED this 7th day of October 2025.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

/s/ *Jeffrey H. Ballin*

_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 4913
2370 Corporate Circle, Suite 160
Henderson, NV 89074
(702) 751-3003

*Attorneys for Defendant*
    *Royal Refrigeration, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Defendant Royal Refrigeration, Inc., in this case are DISMISSED without prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to TERMINATE Royal Refrigeration, Inc. as a party.

_____  10/7/25
UNITED STATES DISTRICT COURT JUDGE

2