McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for LIBERTY MUTUAL FIRE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | Case No. 2:24-cv-00684-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| v. | |
| ACUITY A MUTUAL INSURANCE COMPANY and ROYAL REFRIGERATION, INC., | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through their counsel of record, and Defendants ACUITY A MUTUAL INSURANCE COMPANY and ROYAL REFRIGERATION, INC., by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendants ACUITY A

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

Case No. 2:24-cv-00684-JAD-DJA

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

MUTUAL INSURANCE COMPANY and ROYAL REFRIGERATION, INC.

IT IS SO STIPULATED.

DATED this 8th day of May, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____/s/ Jonathan W. Carlson_____
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
Attorneys for Plaintiff

DATED this 8th day of May, 2026

RESNICK & LOUIS, PC

By _____/s/ Gary R. Guelker_____
GARY R. GUELKER, ESQ.
Nevada Bar No. 10603
Attorneys for Defendant ACUITY A MUTUAL INSURANCE

**ORDER**

Based on the parties' stipulation [ECF No. 60] and good cause appearing, IT IS

ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees

and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
May 8, 2026

Submitted By:

**MCCORMICK BARSTOW LLP**

__/s/Jonathan W. Carlson__
Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Chelsea M. Bravin, Nevada Bar No. 16503
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for LIBERTY MUTUAL FIRE  INSURANCE COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                    Case No. 2:24-cv-00684-JAD-DJA
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE